Submitted on record and briefs October 24, reversed and remanded December 5, 1990

VINCENT A. JONES,
*Appellant,*

*v.*

R. L. WRIGHT,
*Respondent.*

(CV 89-995; CA A63839)

800 P2d 1091

Jonel K. Ricker, and Bettis & Ricker, P.C., La Grande, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, Ann Kelley, Assistant Attorney General, and Marianne Ghim, Certified Law Student, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

Reversed and remanded. *Bird v. Maass (A64583),* 104 Or App 271, 800 P2d 792 (1990).